## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**GARY VINSON and WILLIAM MORRISON,**
**individually and on behalf of all others similarly situated**                        **PLAINTIFFS**

**VS.**                                        **4:14-CV-00029-BRW**

**METROPOLITAN PROPERTY**
**AND CASUALTY INSURANCE COMPANY**                                        **DEFENDANT**

### ORDER

Pending are Defendant's Motion to Strike (Doc. No. 42) and Motion for Leave to File a Reply (Doc. No. 49). The crux of Defendant's Motions is that William Morrison is not qualified to be a class representative because he is not a named plaintiff. The Amended Complaint filed today, however, adds Mr. Morrison as a named plaintiff.[1] Accordingly, Defendant's Motions are DENIED as moot.

Defendant asserts that Plaintiff "waited *more than three weeks* before filing a Motion for Leave to Amend the Complaint."[2] This three-week delay "carved into the limited time scheduled for Defendant to file its opposition to class certification."[3] Defendant is granted a three-week extension to file its opposition to class certification. Accordingly, Defendant's response is due by 5:00 p.m., September 18, 2014 – Plaintiffs' reply remains due on September 30, 2014.

IT IS SO ORDERED this 20th day of August, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 50.

[2] Doc. No. 49-1 (emphasis in original).

[3] Doc. No. 49-1.